UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-7 (JMB/DLM)

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

DAVID V. ERICKSON,

               Defendant.

**GOVERNMENT'S NOTICE OF
SUBMISSION OF DEPOSITION
TRANSCRIPTS AND RECORDINGS**

PLEASE TAKE NOTICE that, pursuant to the Joint Deposition Protocol adopted by the Court, (Docs. 128 ¶ 5, 130), the United States is filing complete copies of the transcripts of the depositions of Chad Moldon, Amanda Zimmerman, and Antonio Severin.

On June 27, 2025, the United States mailed four CDs containing the recorded videos of each deposition to the chambers of Judge Jeffrey. These CDs were sent via FedEx (Tracking #8769 0606 9540) to the chambers of Judge Jeffrey M. Bryan.

[signature page follows]

Dated: June 27, 2025                      Respectfully Submitted,

                                          LISA D. KIRKPATRICK
                                          Acting United States Attorney

                                          */s/ Boris Bourget*
                                 BY:      BORIS BOURGET
                                          Maryland State Bar. No. 2109080015

                                          AMANDA R. SCOTT
                                          Wisconsin State Bar No. 1115668

                                          Trial Attorneys
                                          Department of Justice, Tax Division
                                          150 M Street NE
                                          Washington, DC 20002
                                          (202) 307-2182 (Bourget)
                                          (202) 718-2056 (Scott)

                                          *Attorneys for the United States*