# TESLA

| Customer | Description | Total in USD |
|---|---|---|
| David Erickson | Model X P100DL | $135,500.00 |
| | Dual Motor All Wheel Drive | - |
| 5085 Greenwood Circle | Pearl White Multi-Coat Paint | $1,500.00 |
| Excelsior, MN 55331 | 22" Silver Wheels | $5,500.00 |
| | Tan Interior | $3,300.00 |
| (612) 669-7858 | Tan Leather Seats | - |
| dverickson@me.com | Carbon Fiber Décor | $250.00 |
| | Light Headliner | - |
| **VIN** 5YJXCBE41HF046172 | Six Seat Interior | $3,000.00 |
| | Active Spoiler | - |
| **Reservation** RN1005530 | Ludicrous Speed Upgrade | - |
| | Tesla Red Brake Calipers | - |
| **Deposit paid** $28,601.76 | Supercharger Enabled | - |
| **Accepted by Customer on** 3/2/2017 4:12:22 AM | Enhanced Autopilot | $5,000.00 |
| | Full Self-Driving Capability | $3,000.00 |
| | 72 amp Charger Upgrade | $1,500.00 |
| | Smart Air Suspension | - |
| | Premium Sound | $2,500.00 |
| | Subzero Weather Package | $1,000.00 |
| | Tow Package | $750.00 |

Price indicated does not include taxes and governmental fees, which will be calculated as your delivery date nears. You will be responsible for these additional taxes and fees.

| | |
|---|---|
| Subtotal | $162,800.00 |
| Destination Fee | $1,125.00 |
| Documentation Fee | $75.00 |
| Order Modification Fee | 0.00 |
| **Total** | **$164,000.00** |

Motor Vehicle Purchase Agreement, Vehicle Configuration
Tesla Motors, Inc. ©2013

Government Exhibit
24-CR-7
**G-536**