**TD** T0086JJ

Account: 013294 - 1102154777

Account History as of Jun 29, 2023

PAGE: 1 OF 3

| Vehicle: | 17 | TESLA |
|---|---|---|
| VIN: | 5YJXCBE41HF046172 | |

| Type of Financing: | Simple Interest |
|---|---|
| Contract Date | 06/16/2017 |
| Maturity Date | 06/16/2023 |
| 1st Payment Date | 07/16/2017 |
| Term: 72 | APR: 01.4900 |
| Extensions | 0 |
| Total of Payments: | 153,446.40 |
| Estimated Finance Charge | 6,746.40 |
| Service Contract | 0.00 |
| A&H Insurance | 0.00 |
| Credit Life Insurance | 0.00 |
| GAP Insurance | 0.00 |

| Total # of Payments Delinquent | | |
|---|---|---|
| 30 Days | 60 Days | 90+ Days |
| 0 | 0 | 0 |

| Next Pymt Due | Amount Due | Fees Due | Fees Paid |
|---|---|---|---|
| | 0.00 | 0.00 | 106.56 |

DAVID V ERICKSON

GUAYNABO   PR   00971-8000

This is a Simple Interest Account.  Finance Charge and the Total of Payments is Estimated, based on the assumption that all payments will be paid on each Scheduled Due Date.

If an asterisk (*) appears before a Transaction Description, the Transaction is only for Internal Accounting Purposes.

Government Exhibit
24-CR-7
**G-541**

USAProd-00323279

| | | | | | |
|---|---|---|---|---|---|
| **TD** | T0086JJ | Account History as of Jun 29, 2023 | | PAGE: | 2 OF 3 |
| Account: | 013294 - 1102154777 | | | | |

| Date | Description | Amount | Principal | Finance Charge | Principal Balance |
|---|---|---|---|---|---|
| 06-16-2017 | FUNDING | | | | 146,700.00 |
| 07-27-2017 | LATE CHARGE ASSESSED | -106.56 | 0.00 | 0.00 | 146,700.00 |
| 08-15-2017 | REGULAR PAYMENT | 2,237.76 | 1,771.89 | 359.31 | 144,928.11 |
| 08-17-2017 | REGULAR PAYMENT | 2,131.20 | 2,119.37 | 11.83 | 142,808.73 |
| 09-16-2017 | AUTO DEBIT PAYMENT | 2,131.20 | 1,956.31 | 174.89 | 140,852.44 |
| 10-16-2017 | AUTO DEBIT PAYMENT | 2,131.20 | 1,958.70 | 172.50 | 138,893.73 |
| 11-16-2017 | AUTO DEBIT PAYMENT | 2,131.20 | 1,955.43 | 175.77 | 136,938.30 |
| 12-16-2017 | AUTO DEBIT PAYMENT | 2,131.20 | 1,963.50 | 167.70 | 134,974.80 |
| 01-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,960.39 | 170.81 | 133,014.40 |
| 02-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,962.88 | 168.32 | 131,051.53 |
| 03-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,981.40 | 149.80 | 129,070.13 |
| 04-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,967.87 | 163.33 | 127,102.26 |
| 05-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,975.54 | 155.66 | 125,126.72 |
| 06-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,972.85 | 158.35 | 123,153.87 |
| 07-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,980.38 | 150.82 | 121,173.49 |
| 08-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,977.86 | 153.34 | 119,195.63 |
| 09-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,980.36 | 150.84 | 117,215.27 |
| 10-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,987.65 | 143.55 | 115,227.62 |
| 11-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,985.38 | 145.82 | 113,242.24 |
| 12-16-2018 | AUTO DEBIT PAYMENT | 2,131.20 | 1,992.52 | 138.68 | 111,249.72 |
| 01-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 1,990.42 | 140.78 | 109,259.30 |
| 02-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 1,992.93 | 138.27 | 107,266.37 |
| 03-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 2,008.59 | 122.61 | 105,257.78 |
| 04-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 1,998.00 | 133.20 | 103,259.78 |
| 05-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 2,004.75 | 126.45 | 101,255.03 |
| 06-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 2,003.06 | 128.14 | 99,251.97 |
| 07-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 2,009.65 | 121.55 | 97,242.32 |
| 08-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 2,008.14 | 123.06 | 95,234.18 |
| 09-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 2,010.68 | 120.52 | 93,223.50 |
| 10-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 2,017.04 | 114.16 | 91,206.46 |
| 11-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 2,015.78 | 115.42 | 89,190.68 |
| 12-16-2019 | AUTO DEBIT PAYMENT | 2,131.20 | 2,021.97 | 109.23 | 87,168.71 |
| 01-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,021.04 | 110.16 | 85,147.67 |
| 02-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,023.74 | 107.46 | 83,123.93 |
| 03-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,033.06 | 98.14 | 81,090.87 |
| 04-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,028.86 | 102.34 | 79,062.01 |
| 05-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,034.64 | 96.56 | 77,027.37 |
| 06-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,033.99 | 97.21 | 74,993.38 |
| 07-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,039.61 | 91.59 | 72,953.77 |
| 08-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,039.13 | 92.07 | 70,914.64 |
| 09-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,041.71 | 89.49 | 68,872.93 |
| 10-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,047.08 | 84.12 | 66,825.85 |

If an asterisk (*) appears before a Transaction Description, the Transaction is only for Internal Accounting Purposes.

**TD**

T0086JJ

Account History
as of
Jun 29, 2023

PAGE:   3   OF   3

Account: 013294 - 1102154777

| Date | Description | Amount | Principal | Finance Charge | Principal Balance |
|---|---|---|---|---|---|
| 11-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,046.87 | 84.33 | 64,778.98 |
| 12-16-2020 | AUTO DEBIT PAYMENT | 2,131.20 | 2,052.08 | 79.12 | 62,726.90 |
| 01-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,051.93 | 79.27 | 60,674.97 |
| 02-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,054.42 | 76.78 | 58,620.55 |
| 03-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,064.20 | 67.00 | 56,556.35 |
| 04-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,059.63 | 71.57 | 54,496.72 |
| 05-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,064.46 | 66.74 | 52,432.26 |
| 06-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,064.84 | 66.36 | 50,367.42 |
| 07-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,069.52 | 61.68 | 48,297.90 |
| 08-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,070.08 | 61.12 | 46,227.82 |
| 09-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,072.70 | 58.50 | 44,155.12 |
| 10-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,077.13 | 54.07 | 42,077.99 |
| 11-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,077.95 | 53.25 | 40,000.04 |
| 12-16-2021 | AUTO DEBIT PAYMENT | 2,131.20 | 2,082.21 | 48.99 | 37,917.83 |
| 01-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,083.22 | 47.98 | 35,834.61 |
| 02-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,085.85 | 45.35 | 33,748.76 |
| 03-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,092.62 | 38.58 | 31,656.14 |
| 04-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,091.14 | 40.06 | 29,565.00 |
| 05-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,095.00 | 36.20 | 27,470.00 |
| 06-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,096.43 | 34.77 | 25,373.57 |
| 07-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,100.13 | 31.07 | 23,273.44 |
| 08-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,101.75 | 29.45 | 21,171.69 |
| 09-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,104.40 | 26.80 | 19,067.29 |
| 10-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,107.85 | 23.35 | 16,959.44 |
| 11-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,109.74 | 21.46 | 14,849.70 |
| 12-16-2022 | AUTO DEBIT PAYMENT | 2,131.20 | 2,113.02 | 18.18 | 12,736.68 |
| 01-16-2023 | AUTO DEBIT PAYMENT | 2,131.20 | 2,115.08 | 16.12 | 10,621.60 |
| 02-16-2023 | AUTO DEBIT PAYMENT | 2,131.20 | 2,117.76 | 13.44 | 8,503.84 |
| 03-16-2023 | AUTO DEBIT PAYMENT | 2,131.20 | 2,121.48 | 9.72 | 6,382.36 |
| 04-16-2023 | AUTO DEBIT PAYMENT | 2,131.20 | 2,123.12 | 8.08 | 4,259.24 |
| 05-16-2023 | AUTO DEBIT PAYMENT | 2,131.20 | 2,125.98 | 5.22 | 2,133.26 |
| 06-16-2023 | REGULAR PAYMENT | 2,135.96 | 2,133.26 | 2.70 | 0.00 |

**Total Principal and Finance Charge Paid:**   146,700.00   6,751.16

**If an asterisk (\*) appears before a Transaction Description, the Transaction is only for Internal Accounting Purposes.**