This fax Page 9 of 9 was received on 6/21/2023 2:05:08 PM [Eastern Daylight Time]

Subpoena# 2017R00110-0066

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ___TD Auto Finance, a division of TD Bank, N.A.___ ("the Business") and am a person designated by the Business ~~as a custodian of records~~ with the authority to make this certificate.

2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.

3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5. I further certify that it is the regular practice of the Business to make and retain each attached document.

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: 6/29/2023

*Janita Jordan*
Signature

Janita Jordan
Name ~~of Records Custodian~~

Government Exhibit
24-CR-7
**G-535**

USAProd-00323263